Timothy Devlin (admitted pro hac vice)
James Gorman III (to be admitted pro hac vice)
Devlin Law Firm LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile:  (302) 353-4251
Email: tdevlin@devlinlawfirm.com
        jgorman@devlinlawfirm.com

Greg Gardella (to be admitted pro hac vice)
Cook Alciati (to be admitted pro hac vice)
Gardella Grace P.A.
455 Massachusetts Ave, NW, Suite 507
Washington, DC 20001
Telephone: 703-556-9600
Facsimile: 703-740-4541
Email: ggardella@gardellagrace.com
        calciati@gardellagrace.com

Attorneys for Plaintiff
FULFILLIUM, INC.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| FULFILLIUM, INC., | Case No. 8:18-cv-01265-RGK-PLA |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT** |
| vs. | |
| RESHAPE MEDICAL LLC, SV HEALTH INVESTORS, LLC, INTERSECT PARTNERS, LLC AND RESHAPE LIFESCIENCES, INC. | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT
INFRINGEMENT

1  Plaintiff Fulfillium, Inc. ("Fulfillium" or "Plaintiff"), for its

2  Complaint against ReShape Medical LLC ("ReShape Medical LLC"), SV

3  Health Investors, LLC ("SV Health"), Intersect Partners, LLC ("Intersect

4  Partners"), and ReShape Lifesciences Inc. ("ReShape

5  Lifesciences")(collectively "Defendants") alleges the following:

6  ## NATURE OF THE ACTION

7  1.      This is an action for trade secret misappropriation and patent

8  infringement arising under the Uniform Trade Secrets Act, CA. Civ. Code §3426

9  *et seq.* and/or Mass. Gen. Laws ch. 93, § 42-42A and the Patent Laws of the

10  United States, 35 U.S.C. § 1 *et seq.*

11  ## THE PARTIES

12  2.      Fulfillium is a corporation organized and existing under the laws of

13  the State of Delaware, with an address at 1136 Orchard Avenue, Napa, California

14  94558.

15  3.      On information and belief, ReShape Medical LLC is a limited

16  liability company organized and existing under the laws of the State of Delaware

17  with its principal place of business at 100 Calle Iglesia, San Clemente, California

18  92672.  ReShape Medical LLC can be served via its registered agent The

19  Corporation Trust Company, Corporation Trust Center, 1209 Orange Street,

20  Wilmington, Delaware, 19801.  ReShape Medical LLC is a wholly owned

21  subsidiary of ReShape Lifesciences and the surviving entity of the merger of a

22  subsidiary of ReShape Lifesciences and ReShape Medical, Inc.

23  4.      On information and belief, SV Health is a limited liability company

24  organized and existing under the laws of the State of Delaware with its principal

25  place of business at One Boston Place, 201 Washington Street, Suite 3900,

26  Boston, Massachusetts 02108. SV Health Investors can be served via its registered

27  agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange

28

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT
INFRINGEMENT
PAGE **3**

Street, Wilmington, Delaware, 19801.  SV Health maintains a business in the State of California at 1700 Owens Street, Suite 585, San Francisco, CA 94158.

5.     On information and belief, ReShape Lifesciences is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 1001 Calle Amanecer, San Clemente, California 92673. ReShape Lifesciences can be served via its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. ReShape Lifesciences is the corporate parent of ReShape Medical LLC and ultimate bearer of certain liabilities of the now merged and extinguished entity, ReShape Medical, Inc.

6.     On information and belief, Intersect Partners is a limited liability company organized and existing under the laws of the State of Nevada with places of business in Nevada and Minnesota.  Intersect Partners can be served via its registered agent Sierra Corporate Services – Reno, 100 West Liberty Street 10th Floor, Reno, NV 89501.

7.     On information and belief, ReShape Medical LLC's predecessors, ReShape Medical, Inc. and Abdominis, Inc. ("Abdominis") were founded, funded, owned and controlled in relevant respect through a joint venture between by SV Life Sciences, LLC, which has reorganized as SV Health Investors, LLC and Intersect Partners.

8.     The website of SV Health Investors states that "SV Health Investors, formerly SV Life Sciences, is a leading healthcare and life sciences venture capital and growth equity firm."  SV Health Investors and its predecessor SV Life Sciences have at all relevant times held one or more seats on ReShape Medical, Inc.'s Board of Directors.

9.     The first heading of the About Us page of SV Health Investors' website is "Hands-on business partners."  Exhibit 5.  The page explains that SV Health Investors "work hands-on with our portfolio companies as trusted advisers

and partners from formation to exit.  We help them develop business strategy, make connections within our networks, and guide them through both smooth and turbulent times toward a successful exit."  *Id.*  According to the website, "[t]he SV team has more than 400 aggregate years of healthcare operating experience – which means we can work as true partners with our entrepreneurs, and develop strong relationships with them through the full life cycle of their ventures."  *Id*.

10.     On information and belief, SV Health and its predecessor SV Life Sciences along with Intersect Partners have directed, controlled, actively induced and/or conspired with ReShape Medical, Inc., and subsequently ReShape Medical LLC, to take the actions that form the basis for this Second Amended Complaint.

11.     Upon information and belief, Intersect Partners and SV Health have jointly managed ReShape Medical since its inception.

12.     On October 2, 2017, EnteroMedics, Inc. acquired ReShape Medical, Inc. for cash and securities in the value of approximately $38 million.    This acquisition and merger was announced on October 3, 2017. http://ir.enteromedics.com/releasedetail.cfm?ReleaseID=1042545.  ReShape Medical LLC is an additional entity that resulted from this merger.  On October 23, 2017, EnteroMedics, Inc. announced its name change to ReShape Lifesciences Inc.  http://ir.enteromedics.com/releasedetail.cfm?ReleaseID=1044913.

## JURISDICTION AND VENUE

13.      Upon information and belief, each of ReShape Medical LLC and ReShape Lifesciences sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology knowing that they would be sold in this judicial district and elsewhere in the United States.

14.     This is an action for trade secret misappropriation and patent infringement arising under the Uniform Trade Secrets Act, CA. Civ. Code §3426

*et seq.* and/or Mass. Gen. Laws ch. 93, § 42-42A, and the Patent Laws of the United States, Title 35 of the United States Code, respectively.

15.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

16.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c), and (d).  On information and belief, each Defendant conducts business in this district, the claims alleged in this Complaint arise in this District, and acts of trade secret misappropriation and infringement have taken place and are continuing to take place in this District.

17.     Venue is proper in this judicial district under 28 U.S.C. § 1400(b). On information and belief, ReShape Medical LLC and ReShape Lifesciences have committed acts of infringement in this District and have a regular and established place of business within this District.

18.     On information and belief, each Defendant is subject to this Court's general and specific personal jurisdiction because each Defendant has sufficient minimum contacts within the State of California and this District, pursuant to due process and/or the California Long Arm Statute, because each Defendant purposefully availed itself of the privileges of conducting business in the State of California and in this District, because each Defendant regularly conducts and solicits business within the State of California and within this District, and because Fulfillium's causes of action arise directly from each Defendant's business contacts and other activities in the State of California and this District.

## GENERAL ALLEGATIONS

19.     Dr. Richard D. Y. Chen was born in Taiwan in 1958 and emigrated to the United States in 1972.  Dr. Chen obtained an undergraduate degree in biochemistry and molecular biology from Harvard University in 1979.  Dr. Chen next attended medical school at Northwestern University and obtained an M.D. in

1983. Dr. Chen performed his internship in general surgery and continued in his residency in neurosurgery at the Johns Hopkins Hospital in the 1980's.

20.    Dr. Chen obtained a Master's Degree in Business Administration from Stanford University in 1990.  Following matriculation, Dr. Chen began working in the investment banking department at Morgan Stanley & Company. Thereafter, Dr. Chen continued working in financial services making investments in and assisting start-up companies primarily in the technology sector.

21.    In 1999, Dr. Chen started conceiving innovative ideas of his own by combining his experiences at the crossroads of medicine and technology.  After the tragic events of September 11, 2001, prospects in the technology investment markets began to slow.  Dr. Chen decided to focus on developing and commercializing these ideas into entrepreneurial ventures.

22.    Dr. Chen conceived of a bariatric medical device and procedure whereby a novel balloon device is delivered endoscopically to reduce the interior volume of the stomach and impede the flow of ingested food and thereby effectively reduce the calories consumed.  To mitigate potentially fatal consequences of premature rupture and migration, which were significant deficiencies in earlier devices within this class, safety was provided by two or more chambers filled with fluids.

23.    Because obesity is a complex, multifactorial disease, Dr. Chen invested at least two years' time i) analyzing critically over a thousand scientific papers relating from the genetic basis of obesity to interventions in clinical therapy to the psychosocial impact of the disease, and ii) attending scientific research conferences on the basic underpinnings of the field and major medical conferences in the United States and overseas to learn about the state of the art in therapy and how the various medical specialties played their role in its treatment. Gaining insight from these activities, Dr. Chen further refined key elements of his idea and its implementation into everyday medical practice.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

24.     Dr. Chen then presented his idea, on a confidential basis, to leading researchers and clinicians in the field, including the former presidents of the American Gastroenterology Association, the American Society of Bariatric Surgeons and its overseas counterpart, the International Federation for the Surgery of Obesity.  Practically everyone he contacted responded favorably with the willingness to commit to participate further in developing the medical device and procedure.  Each of these disclosures was subject to a mutual understanding and obligation of confidentiality.  Only individuals who were under written obligations of confidentiality were provided information regarding Fulfillium's trade secrets.

25.     Dr. Chen contributed funds and his intellectual property to form Fulfillium, Inc. in 2004 and filed his first provisional patent application on May 3, 2004.  Dr. Chen raised seed capital from friends and family to take the idea to the next stage of development.  Dr. Chen attended trade shows in medical device manufacture.  Dr. Chen engaged consultants including engineers to help develop the device and former regulators to explore the pathway for FDA approval.  Prototypes were constructed and animal lab facilities were evaluated.

26.     Dr. Chen next embarked on raising venture capital to prove the concept.  Given his past experience in the venture business, Dr. Chen adopted a set of practices for disclosure to protect the intellectual properties he developed.  Under this set of practices, Dr. Chen did not disclose any trade secret information to anyone unless he had confirmed an agreement that it would be kept confidential.  On January 25, 2005, Dr. Chen spoke with Dr. Samuel Wu, M.D. of SV Life Sciences (predecessor of SV Health) to discuss Fulfillium's technology on a confidential basis.  All parties confirmed that the conversations regarding Dr. Chen's ideas were subject to an oral agreement of confidentiality.   On February 10, 2005, Dr. Chen attended a meeting including the SV Life Sciences team in Boston led by partner David Milne via a videoconference call hosted at the SV

Life Sciences offices at 950 Tower Lane, Ste. 1535, Foster City, California.  Dr. Chen understood the meeting to be confidential and, consistent with that, Dr. Chen's presentation slides were all marked "STRICTLY CONFIDENTIAL."  All parties confirmed that the conversations surrounding this meeting were subject to an oral agreement of confidentiality.

27.    In addition, SV Life Sciences representatives had due diligence calls with various Fulfillium scientific advisors.  These due diligence phone calls were for expert validation of Fulfillium's therapeutic concept and did not include presentations of Fulfillium's product development plans or trade secrets.

28.    Dr. Wu informed Dr. Chen that the due diligence was "looking good" and that SV Life Sciences was contemplating a term sheet.  Dr. Wu noted that although he, in California, had taken a point person role in the development of the deal, SV Life Sciences' medical device group was headquartered in Boston and he was not part of the group.  Thus, going forward SV Life Sciences would prefer to partner with a venture capital firm in California who could more effectively monitor Fulfillium's activities.

29.    Among other venture capital firms, Dr. Chen separately gave a confidential presentation to Sprout Partners.  Dr. Chen delivered the presentation to Sprout partners Jeani Delagardelle at Sprout's Menlo Park office and Andrew Firlik, M.D. via conference call on March 4, 2005.  Sprout and Fulfillium understood that the conversations surrounding this presentation were confidential because the parties previously signed and executed a written non-disclosure agreement.  Ms. Delagardelle later invited Dr. Chen to attend as Sprout's guest at the annual American Heart Association luncheon, a key event in the industry.  Ms. Delagardelle took on a lead role by referring another venture capital firm as a potential co-investor.  Dr. Chen eventually made an introduction between SV Life Sciences and Sprout.

30.     During the foregoing meetings and communications with SV Life Sciences and Sprout, Dr. Chen provided confidential and detailed disclosures of Fulfillium's preferred clinical trial design and regulatory approval strategy.  All of the relevant parties to the foregoing meetings and communications understood the conversations that occurred were subject to either oral or written agreements of confidentiality.

31.     On information and belief, neither SV Life Sciences nor Sprout had any substantial previous knowledge or experience with balloon treatments for obesity.

32.     On information and belief, all of SV Life Sciences' and Sprout's knowledge concerning Dr. Chen's novel balloon designs for obesity as of the Spring of 2005 was supplied by Dr. Chen.

33.     In the Spring of 2005, Ms. Delagardelle indicated that the due diligence process would be delayed somewhat due to the fact that the healthcare group principals of Sprout were forming a new firm, New Leaf Venture Partners. Ms. Delagardelle asked Dr. Chen if this would pose a problem.  Dr. Chen responded that time was of the essence but a short delay under the circumstances would be manageable.

34.     Meanwhile, Dr. Chen continued to interface with SV Life Sciences. SV Life Sciences arranged for Dr. Chen to meet George Wallace (venture partner for SV Life Sciences) on May 16, 2005 at a restaurant in Chicago.  During the meeting Mr. Wallace proposed terms and conditions under which he would work with Fulfillium.  In addition to other compensation, Mr. Wallace demanded greater than 25% stake in Fulfillium after the first round of financing by venture capital firms.  Given the ownership dilution that typically occurs during the first round of financing, Mr. Wallace was effectively demanding majority ownership of Fulfillium.  Dr. Chen noted that Mr. Wallace's requested equity share was more than two to four times greater than that typically allotted to a CEO brought in to

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

run a company at Fulfillium's stage of development. Mr. Wallace offered no justification other than to say that he needed to compensate his business partner, a practicing radiologist in Minnesota, and would not proceed without including his business partner. Dr. Chen never disclosed the trade secrets to Mr. Wallace.

35.   Thereafter, no further discussion took place between Mr. Wallace and Dr. Chen. Instead, unbeknownst to Dr. Chen, decision makers in SV Life Sciences sought to launch a new company with Mr. Wallace as the CEO based on Fulfillium's technology and trade secrets, which were misappropriated despite the repeated oral agreements of confidentiality with SV Life Sciences. In the early summer of 2005, Ms. Delagardelle of New Leaf sent a brief email to Dr. Chen advising that New Leaf was considering a deal that SV Life Sciences was proposing. Dr. Chen presumed that SV Life Sciences was proposing bringing to market an alternative solution that would be different from the technology developed and confidentially disclosed by Dr. Chen. Dr. Chen would later discover that SV Life Sciences' venture headed by Mr. Wallace was premised not on some alternative solution but rather Fulfillium's technology and trade secrets.

36.   On information and belief, Mr. Wallace's new company, called Abdominis, Inc., was formed during the summer of 2005 and was funded by New Leaf, Intersect Partners, and SV Life Sciences. Upon information and belief, each of SV Life Sciences, Intersect Partners, and New Leaf not only provided capital, but acted in concert to provide direct guidance in the company's development and controlled the operations of the company through their board membership.

37.   Abdominis was subsequently renamed ReShape Medical, Inc. Hereafter, "Reshape Medical, Inc." will refer to Abdominis, Inc. and its successor-in-interest Reshape Medical, Inc.

38.   As is typical for a medical start-up company, ReShape Medical, Inc. operated in "stealth mode" during development. ReShape Medical, Inc. started pivotal clinical trials in 2012 and applied for FDA approval in 2014. The FDA

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

granted Pre-Marketing Approval to the ReShape Duo™ device and treatment method on July 28, 2015.

39.     When ReShape Medical, Inc. emerged from stealth mode and began commercial operations, Dr. Chen learned that ReShape Medical, Inc. had copied his trade secrets, including his entire clinical trial "playbook."  ReShape Medical, Inc. copied, among other things, Dr. Chen's clinical trial design and his selection of the principal investigator.

40.     On information and belief, the board of directors and officers of ReShape Medical, Inc. knew or had reason to know of the foregoing facts and events at the time ReShape Medical, Inc. first submitted the ReShape Duo™ product for FDA approval in 2012.

41.     On October 2, 2017, EnteroMedics, Inc. acquired ReShape Medical, Inc. for cash and securities in the value of approximately $38 million.    This acquisition and merger was announced on October 3, 2017. http://ir.enteromedics.com/releasedetail.cfm?ReleaseID=1042545.  ReShape Medical LLC is an additional entity that resulted from this merger.  On October 23, 2017, EnteroMedics, Inc. announced its name change to ReShape Lifesciences Inc.  http://ir.enteromedics.com/releasedetail.cfm?ReleaseID=1044913.

42.     Upon information and belief, as a result of the aforementioned merger, ReShape Medical LLC and ReShape Lifesciences Inc. are the entities that now hold the liabilities of ReShape Medical, Inc.  Fulfillium reserves the right to include additional entities if it later discovers that ReShape Medical, Inc.'s liabilities have been transferred elsewhere as a result of the aforementioned merger.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

## COUNT I – TRADE SECRET MISAPPROPRIATION

43.    Fulfillium repeats the allegations of paragraphs 1-42 above as though fully set forth herein.

44.    This claim is asserted against ReShape Medical LLC, Intersect Partners, and SV Health for misappropriation of Fulfillium's trade secrets and for conspiring to misappropriate such trade secrets.

45.    The specific trade secrets that ReShape Medical, Inc., Intersect Partners, SV Health, and/or their agents misappropriated, despite the repeated oral and/or written agreements of confidentiality, include at least three aspects of Dr. Chen's clinical trial "playbook."  Three key protocols in the playbook optimized the experimental rigor of the trial, especially in combination, in contrast to the typical product development approach to optimize the conditions for favorable outcomes.  The first is the counterintuitive control arm that "stacked the deck" against the experimental arm.  To tease out efficacy due to the device alone, the device therapy had to show statistically better results over the most efficacious non-interventional therapy available, namely diet and exercise counseling.  The second is the trial primary and secondary endpoints that set high bars for not just efficacy but clinical efficacy.  To gain acceptance in the bariatric scientific community, not only the results have to be statistically significant, but the difference between the two arms had to be wide enough to warrant an interventional device therapy.  The third is the counterintuitive and gastric device-focused principal investigator selection premise.  To provide even further confidence in the results to overcome the stigma of gastric balloons, the trial was to be conducted under the watchful eyes of investigators of consummate skill and reputation.  All of the above were developed after Dr. Chen's extensive study of the shortcomings of previous gastric devices.

46.    Upon information and belief, based on EnteroMedics's acquisition of ReShape Medical, Inc. and the publically available regulatory documents relating

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

to said merger, ReShape Medical LLC assumed all, or at least a portion of, the liabilities of ReShape Medical, Inc., including the present trade secret misappropriation claims.  To the extent that ReShape Medical LLC has taken on the liability of ReShape Medical, Inc., it is liable for ReShape Medical, Inc.'s misappropriation; and/or to the extent ReShape Medical LLC continues to rely on and/or profit from ReShape Medical, Inc.'s misappropriation, it is liable for that continuing activity.  Fulfillium reserves the right to assert this count against additional entities if it later discovers that ReShape Medical, Inc.'s liabilities have been transferred elsewhere as a result of the aforementioned merger.

47.     The disclosures of each of these three trade secrets were made pursuant to the aforementioned written and/or oral agreements of confidentiality to SV Life Sciences, Intersect Partners and New Leaf.  On information and belief, these trade secrets were conveyed to Mr. Wallace, Intersect Partners, ReShape Medical LLC and SV Health who each used them for their own benefit.

48.     A significant portion of the information used by ReShape Medical, Inc. to design its device and obtain FDA approval constitute Fulfillium trade secrets in that they: (a) constitute information that derives independent economic value from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and (b) have been the subject of reasonable efforts to maintain their secrecy.

49.     Through SV Life Sciences (SV Health) and Intersect Partners (and their misappropriation of Dr. Chen's trade secrets, which were protected via repeated confidentiality agreements), Mr. Wallace, and Sprout, ReShape Medical LLC, Intersect Partners, and SV Health acquired confidential, expert validated, trade secret information about all aspects of Fulfillium's business, including clinical trial design and regulatory strategy.  Specifically, ReShape Medical LLC, Intersect Partners, and SV Health misappropriated at least the three aforementioned aspects of Dr. Chen and Fulfillium's clinical trial playbook.

50.     Upon information and belief, ReShape Medical LLC, Intersect Partners, and SV Health have relied upon and used that trade secret information in some or all aspects of its business, including commitment to launch, raising capital, product design, procedure design, and FDA clinical trial design.

51.     The actions alleged above constitute a wrongful misappropriation of Fulfillium's trade secrets.  They also constitute a wrongful conspiracy among the board directors and officers of and investors in ReShape Medical LLC, Intersect Partners, and SV Health to misappropriate Fulfillium's trade secrets.

52.     As a direct and proximate result of the actions alleged above, Fulfillium has been shut out of the market. By misappropriating Fulfillium's technology and launching a competing company, ReShape Medical LLC, Intersect Partners, and SV Health prevented Fulfillium from raising the funds required to bring its product to market.

53.     As a direct and proximate result of the actions alleged above, ReShape Medical LLC, Intersect Partners, and SV Health have been unjustly enriched in an amount no less than the business opportunity deprived from Fulfillium.

54.     In doing the acts hereinabove alleged, each of ReShape Medical LLC, Intersect Partners, and SV Health and its investors have engaged in willful and malicious misappropriation by reason thereof, and Fulfillium is entitled, as against each of them, to twice the amount of its actual damages and/or the amounts by which ReShape Medical LLC, Intersect Partners, and SV Health have been unjustly enriched as exemplary damages pursuant to Civil Code § 3426.3(c) and/or Mass. Gen. Laws ch. 93, § 42-42A.

55.     By the aforesaid acts, ReShape Medical LLC, Intersect Partners, and SV Health have irreparably injured Fulfillium and such injury will continue unless enjoined by this Court.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 9,456,915

56.     Fulfillium repeats the allegations of paragraphs 1-55 above as though fully set forth herein.

57.     On October 4, 2016, U.S. Patent No. 9,456,915 ("the '915 patent"), entitled "Methods, Devices, and Systems for Obesity Treatment," was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '915 patent is attached as Exhibit 1.

58.     Fulfillium is the assignee and owner of the right, title and interest in and to the '915 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them by at least an assignment dated July 16, 2018.  (Ex. A.)

59.     On information and belief, ReShape Medical LLC and ReShape Lifesciences are engaged in the business of making, using, selling, offering to sell, and/or importing medical devices.  A description of ReShape Medical LLC and ReShape Lifesciences' business is available on its business website, which is located at http://pro.reshapeready.com; https://reshapeready.com/.  A screenshot of the homepage of ReShape Medical LLC's business website is attached as Exhibit 3.

60.     As part of its business, each of ReShape Medical LLC and ReShape Lifesciences makes, uses, offers to sell, sells, and/or imports a dual intragastric balloon for weight loss, including ReShape's "Duo Balloon" device, which is placed inside the patient's stomach for weight loss.   ReShape Medical LLC and ReShape Lifesciences have purposefully sold and offered for sale such Duo Balloon devices throughout the United States.

61.     Upon information and belief, each of ReShape Medical LLC and ReShape Lifesciences has and continues to directly infringe at least claims 1-2 and 4-27 of the '915 patent by making, using, selling, importing and/or providing and causing to be used medical devices for weight loss, including but not limited to,

those sold under the name ReShape Duo Balloon (the "Infringing Instrumentalities" or "ReShape Balloon"). For clarity the terms "Infringing Instrumentalities" and "ReShape Balloon" are understood to include the balloon device intended for delivery into the gastric cavity, as well as any delivery system for that balloon device.

62. Representative claim 1 of the '915 patent recites a "gastric balloon structure for deploying in a gastric cavity of a patient, comprising: at least two isolated non-concentric inflatable chambers, wherein each chamber of the at least two isolated non-concentric inflatable chambers has a respective inflated state volume such that deflation of any single chamber of the at least two isolated non-concentric inflatable chambers leaves the inflated state volume of the remaining chambers of the at least two isolated non-concentric inflatable chambers unaffected." The Infringing Instrumentalities infringe claim 1 of the '915 patent. The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach." ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf. The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach. The ReShape website states that "[i]n the unlikely event of individual gastric balloon leakage or deflation, the independently sealed *ReShape* weight loss balloons are designed to minimize risk of migration or obstruction." http://pro.reshapeready.com/about-reshape/#theadvantages. In other words, each balloon inflates and deflates independently. *See also* https://www.youtube.com/watch?v=U91FsjtMf3o.



**Figure 1. *ReShape* Dual Balloon in the Stomach**

63.    Claim 1 further recites "a valve system for introducing a fluid into the at least two isolated non-concentric inflatable chambers and for retaining, upon inflation, the fluid in the at least two isolated non-concentric inflatable chambers." The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach. ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf. "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; U.S. Pat. No. 8,142,469 at Fig. 1, 3-5.

64.    Claim 1 further recites "a flexible central spine spanning a gap between and fixedly attached to both a first chamber of the at least two isolated non-concentric inflatable chambers and a second chamber of the at least two isolated non-concentric inflatable chambers; wherein the gastric balloon structure, in its inflated state, assumes a curved shape conforming to a natural three-dimensional kidney shape of the gastric cavity, such that the flexible central spine flexibly conforms, upon at least partially filling the at least two isolated non-

concentric inflatable chambers, the gastric balloon structure to the natural three-dimensional kidney shape of the gastric cavity."  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.



Figure 1. *ReShape* Dual Balloon in the Stomach

65.    The final recitation in claim 1 is that "a respective fluid volume for filling each chamber of the at least two isolated non-concentric inflatable

chambers is selected based upon dimensions of the gastric cavity of the patient." ReShape's instructions for use state as follows:

> 2.4. Determine the desired inflation volume for each balloon. A fill volume of 375 cc is recommended for patients < 64.5" in stature and 450 cc for patients ≥ 64.5" in stature.

*See* https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf at 16.  ReShape instructs the user to determine the size of the patient and to select a corresponding fill volume for the balloon structure.

66.     Claim 2 generally recites the gastric balloon structure of claim 1, wherein the gastric balloon structure is designed to provide for modulated passage of food through the gastric cavity upon inflation.

67.     The Infringing Instrumentalities infringe claim 2 of the '915 patent. The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach."  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach providing modulated passage of food through the gastric cavity upon inflation.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

Figure 1. *ReShape* Dual Balloon in the Stomach

68.     Claim 4 generally recites the gastric balloon structure of claim 1, wherein, upon inflation, the gastric balloon structure is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

69.     The Infringing Instrumentalities infringe claim 4 of the '915 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability." *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

70.     Claim 5 generally recites the gastric balloon structure of claim 4, wherein an outer surface of each of the isolated non-concentric inflatable chambers is configured to align against greater and lesser curvatures of the gastric cavity.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT
INFRINGEMENT

71.     The Infringing Instrumentalities infringe claim 5 of the '915 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.



Figure 1. *ReShape* Dual Balloon in the Stomach

Accordingly, on information and belief, an outer surface of each of the isolated non-concentric inflatable chambers is configured to align against greater and lesser curvatures of the gastric cavity.

72.     Claim 6 generally recites the gastric balloon structure of claim 1, wherein the valve system comprises a respective valve structure for introducing fluid into each chamber of the at least two isolated non-concentric inflatable chambers, wherein each respective valve structure includes at least two valves in series.

73.     Upon information and belief, the Infringing Instrumentalities infringe claim 6 of the '915 patent.  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows two valves in series as shown below at 206A and 96A:



Accordingly, on information and belief, the ReShape Balloon valve system comprises a respective valve structure for introducing fluid into each chamber of the two isolated non-concentric inflatable chambers, wherein each respective valve structure includes at least two valves in series.

74.     Claim 7 generally recites the gastric balloon structure of claim 6, wherein a first valve structure of a first chamber of the at least two isolated non-concentric inflatable chambers includes a one-way valve in series with an additional one-way valve.

75.     Upon information and belief, the Infringing Instrumentalities infringe claim 7 of the '915 patent.  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows two one-way valves in series as shown below at 206A and 96A:



FIG. 7

Accordingly, on information and belief, the ReShape Balloon valve structure includes a one-way valve in series with an additional one-way valve.

76.   Claim 8 generally recites the gastric balloon structure of claim 1, wherein the flexible central spine is in fluid communication with the valve system.

77.   Upon information and belief, the Infringing Instrumentalities infringe claim 8 of the '915 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:



Accordingly, on information and belief, the ReShape Balloon's flexible central spine is in fluid communication with the valve system.

78.    Claim 9 generally recites the gastric balloon structure of claim 8, wherein the flexible central spine encloses an inflation lumen for introducing the fluid into the at least two isolated non-concentric inflatable chambers.

79.    Upon information and belief, the Infringing Instrumentalities infringe claim 9 of the '915 patent.  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:

Accordingly, on information and belief, the ReShape Balloon's flexible central spine encloses an inflation lumen for introducing the fluid into the at least two isolated non-concentric inflatable chambers.

80.    Claim 10 generally recites the gastric balloon structure of claim 1, wherein the gastric balloon structure is designed to maintain the introduced volume of fluid while deployed in the gastric cavity of the patient without controlled adjustment.

81.     The Infringing Instrumentalities infringe claim 10 of the '915 patent. The ReShape dual balloons are both filled with saline and remain at a generally fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.

82.     Claim 11 generally recites the gastric balloon structure of claim 1, wherein each chamber of the at least two isolated non-concentric inflatable chambers is filled with a same fluid.

83.     The Infringing Instrumentalities infringe claim 11 of the '915 patent. The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.

84.     Claim 12 recites "a method for treating obesity in a patient, comprising: measuring one or more dimensions of a gastric cavity of the patient in a feeding state . . . ."  The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach." ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1. ReShape's instructions for use state as follows:

> 2.4. Determine the desired inflation volume for each balloon. A fill volume of 375 cc is recommended for patients < 64.5" in stature and 450 cc for patients ≥ 64.5" in stature.

*See* https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf at 16.  ReShape

instructs the user to determine the size of the patient and to select a corresponding fill volume for the balloon structure.

85.    Claim 12 further recites "determining, based on the one or more dimensions of the gastric cavity, a respective fill volume for each chamber of a plurality of inflatable-space filling chambers of an obesity treatment device . . . ." ReShape's instructions for use state as follows:

> 2.4. Determine the desired inflation volume for each balloon. A fill volume of 375 cc is recommended for patients < 64.5" in stature and 450 cc for patients ≥ 64.5" in stature.

*See* https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf at 16.  ReShape instructs the user to determine the size of the patient and to select a corresponding fill volume for the balloon structure.

86.    Claim 12 further recites "positioning the obesity treatment device in the gastric cavity in a deflated state . . . ."  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage."  *Id.*

87.    Claim 12 further recites "after positioning, at least partially filling each chamber of a plurality of inflatable space-filling chambers of the obesity treatment device with the respective volume of a same type of fluid via a valve system, wherein the respective volumes of fluid remain unadjusted during treatment[.]"  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-

content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage."  *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows two valves in series as shown below at 206A and 96A:



88.    Claim 12 further recites "wherein the obesity treatment device assumes a natural three-dimensional kidney shape of the gastric cavity such that, upon at least partially filling the chambers, an outer surface of the obesity treatment device aligns against greater and lesser curvatures of the gastric cavity . . . ."  The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **30**

**Figure 1. *ReShape* Dual Balloon in the Stomach**

The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

89.    Lastly, claim 12 recites "wherein the obesity treatment device, upon at least partially filling the chambers, rests within the gastric cavity without exerting undue pressure against the gastric cavity at any particular point."  The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

90.    Claim 13 generally recites the method of claim 12, further comprising, after treating the obesity: (i) deflating, within the gastric cavity, each chamber of the plurality of inflatable space-filling chambers; and (ii) removing the obesity treatment device.

91.    The Infringing Instrumentalities infringe claim 13 of the '915 patent. Regarding removal and deflation within the gastric cavity, the ReShape instructions state "continue aspiration until the proximal balloon is completely

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **31**

deflated." https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, at p. 18. ReShape Dual Balloons are delivered through endoscopic procedures and "insertion and removal may be completed in an endoscopy suite." *See* http://pro.reshapeready.com/about-reshape-/#theadvantages.

92.    Claim 14 generally recites the method of claim 13, wherein removing the obesity treatment device comprises removing the obesity treatment device via an esophagus of the patient.

93.    The Infringing Instrumentalities infringe claim 14 of the '915 patent. ReShape Dual Balloons are removed via endoscopic procedures and "insertion and removal may be completed in an endoscopy suite." *See* http://pro.reshapeready.com/about-reshape-/#theadvantages.

94.    Claim 15 generally recites the method of claim 13, wherein deflating each chamber comprises penetrating each chamber to release the fluid.

95.    The Infringing Instrumentalities infringe claim 15 of the '915 patent. The ReShape instructions state: "after retracting the needle, advance the catheter through the cut hole until the balloon surface reaches the triple line marker on the tubing" and "continue aspiration until the proximal balloon is completely deflated." https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, at p. 18. In other words, deflating each chamber comprises penetrating each chamber to release the fluid.

96.    Claim 16 generally recites the method of claim 12, wherein introducing the obesity treatment device inside the gastric cavity comprises introducing the device though an esophagus of the patient.

97.    The Infringing Instrumentalities infringe claim 16 of the '915 patent. ReShape Dual Balloons are delivered through endoscopic procedures and

"insertion and removal may be completed in an endoscopy suite." *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

98.    Claim 17 generally recites the method of claim 12, wherein, upon inflation, the obesity treatment device rests within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

99.    The Infringing Instrumentalities infringe claim 17 of the '915 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability." *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

100.    Claim 18 generally recites the method of claim 12, wherein at least partially filling each chamber comprises: (i) releasably attaching an inflation tube to the valve system; and (ii) introducing the fluid into a first chamber of the plurality of inflatable space-filling chambers through the inflation tube.

101.    The Infringing Instrumentalities infringe claim 18 of the '915 patent. The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id*. at 17.  Accordingly, on information and belief, the ReShape balloons are filled by releasably attaching an inflation tube to the valve system and introducing the fluid into a first chamber of the inflatable space-filling chambers through the inflation tube.

102.    Claim 19 recites "an obesity treatment device for deploying in a stomach of a patient, comprising: a means for occupying an overall space-filling

geometry having or conforming to a natural kidney shape of the stomach, upon inflation, by aligning an outer surface of the obesity treatment device against greater and lesser curvatures of the stomach . . . ."  The Infringing Instrumentalities infringe claim 19 of the '915 patent.  The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach." ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.   The video on ReShape's website shows how the dual balloon structure conforms to the natural curvature and shape of the stomach. https://reshapeready.com/reshape-cc/.  A frame from that video is reproduced below.



The conformance of the dual balloon to the stomach of the patient is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

**Figure 1. *ReShape* Dual Balloon in the Stomach**

The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability." *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

103.   Claim 19 further recites "a means for isolating a plurality of inflatable space-filling regions of the overall space-filling geometry such that a collective inflated state volume of the plurality of inflatable space-filling regions remaining inflated after deflation of any single region of the plurality of inflatable space-filling regions prevents the obesity treatment device from passing through a pyloric valve of the stomach . . . ."  The introduction of the fluid to the balloons is described at pages 16-17 of the Instructions for Use, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.   The ReShape website states that "[i]n the unlikely event of individual gastric balloon leakage or deflation, the independently sealed *ReShape* weight loss balloons are designed to minimize risk of migration or obstruction." http://pro.reshapeready.com/about-reshape/#theadvantages.  In other words, the dual balloon design will prevent the

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT
INFRINGEMENT
PAGE **35**

implant from passing to the patient's intestinal tract in the event one of the balloons ruptures or otherwise deflates.

104.    Claim 19 further recites "a means for distributing a fluid to the plurality of inflatable space-filling regions comprising a first means for receiving a fluid into a first inflatable space-filling region of the plurality of inflatable space-filling regions and for retaining the fluid in the first inflatable space-filling region, and a second means for receiving the fluid into the first inflatable space-filling region and for retaining the fluid in the first inflatable space-filling region, wherein the first means is provided in series with the second means . . . ." The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage."  *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows two valves in series as shown below at 206A and 96A:

FIG. 7

105.   Lastly, claim 19 recites "wherein a respective fluid volume for filling each region of the plurality of inflatable space-filling regions to occupy the overall space-filling geometry is selected based upon dimensions of the stomach of the patient."  Reshape's instructions for use state as follows:

> 2.4. Determine the desired inflation volume for each balloon. A fill volume of 375 cc is recommended for patients < 64.5" in stature and 450 cc for patients ≥ 64.5" in stature.

*See* https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf at 16.  ReShape instructs the user to determine the size of the patient and to select a corresponding fill volume for the balloon structure

106.   Claim 20 generally recites the obesity treatment device of claim 19, further comprising a means for flexibly connecting at least the first inflatable space-filling region and a second inflatable space-filling region of the plurality of inflatable space-filling regions by spanning a gap between the first inflatable space-filling region and the second inflatable space-filling region, wherein the first inflatable space-filling region is configured to be spaced apart from the

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

second inflatable space-filling region within the stomach along a curved longitudinal axis of the obesity treatment device.

107.   The Infringing Instrumentalities infringe claim 20 of the '915 patent. The ReShape dual balloons use a flexible spine to connect two gastric balloons. The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Accordingly, upon information and belief, the ReShape spine flexibly connects at least the first inflatable space-filling region and a second inflatable space-filling region of the plurality of inflatable space-filling regions by spanning a gap between the first inflatable space-filling region and the second inflatable space-filling region, wherein the first inflatable space-filling region is configured to be spaced apart from the second inflatable space-filling region within the stomach along a curved longitudinal axis of the obesity treatment device.

108.   Claim 21 generally recites the obesity treatment device of claim 20, wherein the means for flexibly connecting is in fluid communication with the means for distributing the fluid.

109.   Upon information and belief, the Infringing Instrumentalities infringe claim 21 of the '915 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

*See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:

Accordingly, on information and belief, the ReShape balloon's flexible spine is in fluid communication with the means for distributing the fluid.

110.    Claim 22 generally recites the obesity treatment device of claim 20, wherein the means for flexibly connecting is configured to detachably connect, after deploying in the stomach, to a means for introducing the fluid.

111.   Upon information and belief, the Infringing Instrumentalities infringe claim 22 of the '915 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:



Accordingly, on information and belief, the ReShape balloon's flexible spine is configured to detachably connect, after deploying in the stomach, to a means for introducing the fluid.

112.    Claim 23 generally recites the obesity treatment device of claim 19, wherein the means for occupying the overall space-filling geometry provides for modulated passage of food through the stomach.

113.    The Infringing Instrumentalities infringe claim 23 of the '915 patent. The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach."  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach providing modulated passage of food through the stomach.



**Figure 1. *ReShape* Dual Balloon in the Stomach**

114.    Claim 24 generally recites the obesity treatment device of claim 19, wherein the means for occupying the overall space-filling geometry delineates a space along a curved longitudinal axis of the obesity treatment device distal to the

gastro-esophageal junction for the collection of ingested food and another space proximal to the pyloric valve for active digestion.

115.    The Infringing Instrumentalities infringe claim 24 of the '915 patent. The images below from ReShape's website and instruction manual, found at https://reshapeready.com/reshape-cc/ and ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, respectively, demonstrate the geometry required to satisfy this element.





Figure 1. *ReShape* Dual Balloon in the Stomach

Accordingly, on information and belief, the ReShape Balloon delineates a space along a curved longitudinal axis of the obesity treatment device distal to the gastro-esophageal junction for the collection of ingested food and another space proximal to the pyloric valve for active digestion.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

116.   Claim 25 generally recites the obesity treatment device of claim 19, wherein the means for occupying the overall space-filling geometry is configured such that, upon inflation, the obesity treatment device rests within the gastric cavity without exerting pressure at any point in the stomach sufficient to cause ulceration.

117.   The Infringing Instrumentalities infringe claim 25 of the '915 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

118.   Claim 26 generally recites the obesity treatment device of claim 19, wherein the obesity treatment device is configured to be untethered in the stomach after inflation.

119.   The Infringing Instrumentalities infringe claim 26 of the '915 patent. The following images below from ReShape's website and instruction manual demonstrate that a tether is not used in the ReShape Balloon System.  *See generally* https://reshapeready.com/reshape-cc/; ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.



**Figure 1. *ReShape* Dual Balloon in the Stomach**

120.    Claim 27 generally recites the obesity treatment device of claim 19, wherein the respective fluid volume of each region of the plurality of inflatable space-filling regions contains a same type of fluid.

121.    The Infringing Instrumentalities infringe claim 27 of the '915 patent. The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

122.    On information and belief, the Infringing Instrumentalities are used marketed, provided to, and/or used by or for each of ReShape Medical LLC and ReShape Lifesciences's partners, clients, customers and end users across the country and in this District.

123.    ReShape Medical LLC and ReShape Lifesciences' infringement of the '915 patent has been, and continues to be knowing, intentional, and willful, in whole or in part because ReShape Medical, Inc. has been aware of the '915 patent since its issuance and continue to engage in infringing conduct.  ReShape Medical, Inc. had knowledge of all major aspects of Fulfillium's business plans, including trade secrets divulged pursuant to an oral agreement of confidentiality. ReShape Medical, Inc. knew that Fulfillium was actively engaged in patenting its gastric balloon technology.  Further, ReShape Medical, Inc. was fully aware that its technology would copy many aspects of Dr. Chen's inventions because it was developed after and with knowledge of Dr. Chen's designs.  The fact that ReShape Medical, Inc. knew of Dr. Chen's patents and believed those patents to be relevant to ReShape Medical, Inc.'s gastric balloon technology is demonstrated by ReShape Medical Inc.'s citation of Dr. Chen's patents as relevant prior art when attempting to procure its own patents.  For instance, in December 2012 ReShape Medical, Inc. filed an information disclosure statement with the United States Patent and Trademark Office indicating that Dr. Chen's previous patent applications were relevant to ReShape Medical, Inc.'s pending patent application directed to the ReShape Balloon.  Further, outside of their inherited and/or acquired liability from ReShape Medical, Inc. ReShape Lifesciences and ReShape Medical LLC have been aware of the '915 patent since at least the time of the merger, and any further infringement is willful.

124.    On information and belief, each of ReShape Medical LLC and ReShape Lifesciences has been aware of the existence of the '915 patent since its issuance.

125.   Upon information and belief, since at least the time each of ReShape Medical LLC and ReShape Lifesciences has been made aware of the '915 patent, each of ReShape Medical LLC and ReShape Lifesciences has induced and continues to induce others to infringe at least one claim of the '915 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each ReShape Medical LLC and ReShape Lifesciences' partners, clients, customers, and end users, whose use of the Infringing Instrumentalities constitutes direct infringement of at least one claim of the '915 patent.

126.   In particular, each of ReShape Medical LLC and ReShape Lifesciences' actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Infringing Instrumentalities and providing instruction materials, training, and services regarding the Infringing Instrumentalities.  On information and belief, each of ReShape Medical LLC and ReShape Lifesciences has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each of ReShape Medical LLC and ReShape Lifesciences has had actual knowledge of the '915 patent and knowledge that its acts were inducing infringement of the '915 patent since at least the date each of ReShape Medical LLC and ReShape Lifesciences received notice that such activities infringed the '915 patent.

127.   Upon information and belief, each of ReShape Medical LLC and ReShape Lifesciences is liable as a contributory infringer of the '915 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States gastric balloon technology to be especially made or adapted for use in an infringement of the '915 patent.  The Infringing Instrumentalities are a material component for use in practicing the '915 patent and are specifically made and are not a staple article of commerce suitable for substantial non-infringing use.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

128.   Fulfillium has suffered and will continue to suffer damages as a result of ReShape Medical LLC and ReShape Lifesciences' infringing activities. On information and belief, each of ReShape Medical LLC and ReShape Lifesciences has been infringing, and will, unless enjoined by this Court, continue to infringe the '915 patent by making, using, selling, offering to sell, and/or importing, at a minimum, its ReShape Duo Balloon.

129.   Each of ReShape Medical LLC and ReShape Lifesciences' acts of infringement of the '915 patent have caused and will continue to cause Fulfillium damages for which Fulfillium is entitled to compensation pursuant to 35 U.S.C. § 284.

130.   Each of ReShape Medical LLC and ReShape Lifesciences' acts of infringement of the '915 patent have caused and will continue to cause Fulfillium immediate and irreparable harm unless such infringing activities are enjoined by this Court pursuant to 35 U.S.C. § 283.  Fulfillium has no adequate remedy at law.

131.   This case is exceptional and, therefore, Fulfillium is entitled to an award of attorneys' fees pursuant to 35 U.S.C. § 285.

## <u>COUNT III – INFRINGEMENT OF U.S. PATENT NO. 9,445,930</u>

132.   Fulfillium repeats the allegations of paragraphs 1-131 above as though fully set forth herein.

133.   On September 20, 2016, U.S. Patent No. 9,445,930 ("the '930 patent"), entitled "Methods, Devices, and Systems for Obesity Treatment," was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '930 patent is attached as Exhibit 2.

134.   Fulfillium is the assignee and owner of the right, title and interest in and to the '930 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them by at least an assignment dated July 16, 2018.  (Ex. A.)

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

135.   On information and belief, ReShape Medical LLC and ReShape Lifesciences are engaged in the business of making, using, selling, offering to sell, and/or importing medical devices.  A description of ReShape Lifesciences' business is available on its business website, which is located at http://pro.reshapeready.com; https://reshapeready.com/.

136.   As part of its business, each of ReShape Medical LLC and ReShape Lifesciences makes, uses, offers to sell, sells, and/or imports a dual intragastric balloon for weight loss, including ReShape Medical's "Duo Balloon" device, which is placed inside the patient's stomach for weight loss.   ReShape Medical LLC and ReShape Lifesciences have purposefully sold and offered for sale such Duo Balloon devices throughout the United States.

137.   Upon information and belief, each of ReShape Medical LLC and ReShape Lifesciences has and continues to directly infringe at least claims 1-2, 4-19, 21-27, and 30 of the '930 patent by making, using, selling, importing and/or providing and causing to be used medical devices for weight loss, including but not limited to, those sold under the name ReShape Duo Balloon (the "Infringing Instrumentalities").

138.   Claim 1 of the '930 patent generally recites "An obesity treatment device for deploying in a stomach of a patient, comprising: a plurality of adjacent, spaced apart inflatable space-filling compartments, wherein each compartment of the plurality of inflatable space-filling compartments has a respective inflated state volume that is maintained during treatment of the patient . . . ."  The Infringing Instrumentalities infringe claim 1 of the '930 patent.  The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach." ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.   The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's

stomach.  The ReShape website states that "[i]n the unlikely event of individual gastric balloon leakage or deflation, the independently sealed *ReShape* weight loss balloons are designed to minimize risk of migration or obstruction." http://pro.reshapeready.com/about-reshape/#theadvantages.  In other words, each balloon inflates and deflates independently and its inflated volume is maintained. *See also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Figure 1. *ReShape* Dual Balloon in the Stomach

139.   Claim 1 further recites "a valve system for introducing a fluid into each compartment of the plurality of inflatable space-filling compartments and for retaining, upon inflation, fluid in the plurality of inflatable space-filling compartments . . . ."  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; U.S. Pat. No. 8,142,469 at Fig. 1, 3-5.

140.   Claim 1 further recites "the valve system comprises a respective valve structure for introducing fluid into each inflatable space-filling compartment

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

of the plurality of inflatable space-filling compartments, wherein each respective valve structure includes at least a first valve in series with a second valve . . . ." The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows two valves in series as shown below at 206A and 96A:



141.   Lastly, claim 1 recites "wherein the obesity treatment device is to form, upon at least partially filling the plurality of inflatable space-filling compartments, to a curved shape conforming to a natural three-dimensional kidney shape of the stomach such that an outer surface of the obesity treatment device aligns against greater and lesser curvatures of the stomach."  The video on ReShape's website shows how the dual balloon structure conforms to the natural

curvature of the stomach. https://reshapeready.com/reshape-cc/.  A frame from that video is reproduced below.



The conformance of the dual balloon to the stomach of the patient is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.



Figure 1. *ReShape* Dual Balloon in the Stomach

The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability." *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

142.   Claim 2 generally recites the obesity treatment device of claim 1, wherein the plurality of inflatable space-filling compartments form, when in an inflated state, a cavity therebetween through which food may pass.

143.   The Infringing Instrumentalities infringe claim 2 of the '930 patent. The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach."  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach forming a cavity through which food may pass upon inflation.



**Figure 1. *ReShape* Dual Balloon in the Stomach**

144.   Claim 4 generally recites the obesity treatment device of claim 1, wherein, upon inflation, the obesity treatment device rests within the stomach without exerting pressure at any point in the stomach sufficient to cause ulceration.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

145.    The Infringing Instrumentalities infringe claim 4 of the '930 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

146.    Claim 5 generally recites the obesity treatment device of claim 1, wherein an outer surface of each of the inflatable space-filling compartments aligns against greater and lesser curvatures of the stomach.

147.    The Infringing Instrumentalities infringe claim 5 of the '930 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.



**Figure 1.** *ReShape* Dual Balloon in the Stomach

Accordingly, on information and belief, an outer surface of each of the inflatable space filling compartments is configured to align against greater and lesser curvatures of the stomach.

148.   Claim 6 generally recites the obesity treatment device of claim 5, wherein the obesity treatment device is untethered in the stomach after inflation.

149.   The Infringing Instrumentalities infringe claim 6 of the '930 patent. The following images below from ReShape's website and instruction manual demonstrate that the ReShape Balloon is untethered in the stomach after inflation. *See generally* https://reshaperead.com/reshape-cc/; ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshaperead.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.



Figure 1. *ReShape* Dual Balloon in the Stomach

150.   Claim 7 generally recites the obesity treatment device of claim 1, wherein the first valve structure includes a one-way valve.

151.   Upon information and belief, the Infringing Instrumentalities infringe claim 7 of the '930 patent.  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows a one-way valves as shown below at 206A and 96A:



Accordingly, on information and belief, the ReShape Balloon's first valve structure includes a one-way valve.

152.   Claim 8 generally recites the obesity treatment device of claim 1, further comprising a flexible central spine structure spanning a gap between and connecting at least a first compartment of the plurality of inflatable space-filling compartments and a second compartment of the plurality of inflatable space-filling compartments, wherein aligning the outer surface of the obesity treatment device against the greater and lesser curvatures of the stomach comprises flexibly conforming the obesity treatment device to the natural three dimensional kidney shape of the stomach through flexing the flexible central spine structure.

153.   The Infringing Instrumentalities infringe claim 8 of the '930 patent. The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

**Figure 1.** *ReShape* **Dual Balloon in the Stomach**

Accordingly, on information and belief, the ReShape Balloon's flexible central spine structure spans a gap between and connects at least a first compartment of the plurality of inflatable space-filling compartments and a second compartment of the plurality of inflatable space-filling compartments, wherein aligning the outer surface of the obesity treatment device against the greater and lesser curvatures of the stomach comprises flexibly conforming the

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **57**

obesity treatment device to the natural three dimensional kidney shape of the stomach through flexing the flexible central spine structure.

154.   Claim 9 generally recites the obesity treatment device of claim 8, wherein the flexible central spine structure is in fluid communication with the valve system.

155.   Upon information and belief, the Infringing Instrumentalities infringe claim 9 of the '930 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:



Accordingly, on information and belief, the ReShape Balloon's flexible central spine structure is in fluid communication with the valve system.

156.   Claim 10 generally recites the obesity treatment device of claim 9, wherein the flexible central spine structure encloses an inflation lumen for introducing the fluid into the plurality of inflatable space-filling compartments.

157.   Upon information and belief, the Infringing Instrumentalities infringe claim 10 of the '930 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:



Accordingly, on information and belief, the ReShape Balloon's flexible central spine structure encloses an inflation lumen for introducing the fluid into the plurality of inflatable space-filling compartments.

158.   Claim 11 generally recites the obesity treatment device of claim 1, wherein fluid in each of the plurality of inflatable space-filling compartments is a same type of fluid.

159.   The Infringing Instrumentalities infringe claim 11 of the '930 patent. The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.

160.   Claim 12 of the '930 patent recites a "method for deploying a gastric balloon structure in a gastric cavity of a patient."  The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach." ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.   The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach.

Figure 1. *ReShape* Dual Balloon in the Stomach

161.    Claim 12 of the '930 patent further recites the steps of "determining one or more dimensions of the gastric cavity in a feeding state" and "selecting a respective fill volume for each chamber of a plurality of isolated chambers of the gastric balloon structure."  Reshape's instructions for use state as follows:

> 2.4. Determine the desired inflation volume for each balloon. A fill volume of 375 cc is recommended for patients < 64.5" in stature and 450 cc for patients ≥ 64.5" in stature.

*See* https://reshaperedy.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf at 16.  ReShape instructs the user to determine the size of the patient and to select a corresponding fill volume for the balloon structure.

162.    Claim 12 further recites "introducing the gastric balloon structure to the gastric cavity; and after said introducing, at least partially filling each chamber of the plurality of isolated chambers of the gastric balloon structure with the respective volume of fluid via a valve system of the gastric balloon structure."  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshaperedy.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **61**

Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id*. at 17.

163.   Claim 12 further recites that "the plurality of isolated chambers are non-concentric and adjacent, at least partially filling each chamber of the plurality of isolated chambers comprises introducing fluid into the respective chamber via a respective valve structure of the valve system, and a collective volume of the plurality of isolated chambers remaining inflated after deflation of any single chamber of the plurality of isolated chambers prevents the gastric balloon structure from passing through the pyloric valve of the gastric cavity." Figure 1 of the Instructions for Use shows that the ReShape balloon has two nonconcentric and adjacent chambers.  The introduction of the fluid to the balloons is described at pages 16-17 of the Instructions for Use, https://reshaperready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf..   The ReShape website states that "[i]n the unlikely event of individual gastric balloon leakage or deflation, the independently sealed *ReShape* weight loss balloons are designed to minimize risk of migration or obstruction." http://pro.reshaperready.com/about-reshape/#theadvantages.  In other words, the dual balloon design will prevent the implant from passing to the patient's intestinal tract in the event one of the balloons ruptures.

164.   Claim 12 further recites that "the gastric balloon structure, in its inflated state, is to form to a curved shape conforming to a natural three-dimensional kidney shape of the gastric cavity such that an outer surface of the gastric balloon structure aligns against greater and lesser curvatures of the gastric cavity."  The video on ReShape's website shows how the dual balloon structure conforms to the natural curvature of the stomach. https://reshaperready.com/reshape-cc/.  A frame from that video is reproduced below.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT



The conformance of the dual balloon to the stomach of the patient is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

Figure 1. *ReShape* Dual Balloon in the Stomach

165.    Claim 13 generally recites the method of claim 12, wherein the gastric balloon structure, upon inflation, rests within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

166.    The Infringing Instrumentalities infringe claim 13 of the '930 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric

cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

167.   Claim 14 generally recites the method of claim 12, wherein an outer surface of each one of the space-filling compartments aligns against greater and lesser curvatures of the stomach.

168.   The Infringing Instrumentalities infringe claim 14 of the '930 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.



Figure 1. *ReShape* Dual Balloon in the Stomach

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

Accordingly, on information and belief, an outer surface of each of the space filling compartments is configured to align against greater and lesser curvatures of the gastric cavity.

169.    Claim 15 generally recites the method of claim 12, wherein at least partly filling the plurality of isolated chambers comprises (i) releasably attaching an inflation tube to the valve system and (ii) introducing the fluid into a first isolated chamber of the plurality of isolated chambers through the inflation tube.

170.    The Infringing Instrumentalities infringe claim 15 of the '930 patent. The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The instructions state: "Connect the inflation tubing to the proximal balloon fill tube (catheter lanyard 1) and inflate to the desired volume. Monitor inflation under endoscopic visualization." *Id*. at 17.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id*. at 17.  Accordingly, on information and belief, the ReShape balloons are filled by releasibly attaching an inflation tube to the valve system and introducing the fluid into a first chamber of the inflatable space-filling chambers through the inflation tube.

171.    Claim 16 generally recites the method of claim 12, wherein introducing the gastric balloon structure to the gastric cavity comprises introducing the gastric balloon structure through an esophagus of the patient.

172.    The Infringing Instrumentalities infringe claim 16 of the '930 patent. ReShape Dual Balloons are delivered through endoscopic procedures and "insertion and removal may be completed in an endoscopy suite."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

173.   Claim 17 generally recites the method of claim 12, wherein a diameter of the gastric balloon structure is no larger than 2 centimeters prior to inflation.

174.   Upon information and belief, the Infringing Instrumentalities infringe claim 17 of the '930 patent.  *See* ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 2, 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.

175.   Claim 18 generally recites the method of claim 12, wherein fluid in each of the plurality of isolated chambers is a same type of fluid.

176.   The Infringing Instrumentalities infringe claim 18 of the '930 patent. The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.

177.   Claim 19 recites "a system for treating obesity, comprising: a means for conforming a flexible, space-filling structure to a natural kidney shape of a gastric cavity of a patient . . . ."  The Infringing Instrumentalities infringe claim 19 of the '930 patent.  The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach." ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.   The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach.

Figure 1. *ReShape* Dual Balloon in the Stomach

The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability." *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

178.   Claim 19 further recites "a means for maintaining at least two isolated inflatable regions of the flexible, space-filling structure such that a collective volume of the at least two isolated inflatable regions remaining inflated after deflation of any single isolated inflatable region of the at least two isolated inflatable regions prevents the flexible, space-filling structure from passing through the pylorus of the patient . . . ."  Figure 1 of the Instructions for Use shows that the ReShape balloon has two nonconcentric and adjacent chambers. The introduction of the fluid to the balloons is described at pages 16-17 of the Instructions for Use, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf..   The ReShape website states that "[i]n the unlikely event of individual gastric balloon leakage or deflation, the independently sealed *ReShape* weight loss balloons are designed to minimize risk of migration or obstruction." http://pro.reshapeready.com/about-reshape/#theadvantages.  In other words, the dual balloon design will prevent the implant from passing to the patient's intestinal tract in the event one of the balloons ruptures.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

179.   Claim 19 further recites "a means for introducing a fluid into each of the at least two isolated inflatable regions after positioning the flexible, space-filling structure within the gastric cavity, wherein the means for introducing is configured to be separated from said means for conforming after introducing the fluid . . . ."  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id*. at 17.

180.   Lastly, claim 19 recites "a means for receiving the fluid into each region of the at least two isolated inflatable regions and for retaining the fluid in each region, wherein the fluid is received from the means for introducing the fluid."  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id*. at 17.

181.   Claim 21 generally recites the system of claim 19, wherein the means for conforming provides for modulated passage of food through the gastric cavity.

182.   The Infringing Instrumentalities infringe claim 21 of the '930 patent. The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach."  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The figure below,

taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach providing modulated passage of food through the gastric cavity.



Figure 1. *ReShape* Dual Balloon in the Stomach

183.   Claim 22 generally recites the system of claim 19, wherein the means for conforming is configured such that, upon inflation, the flexible space-filling structure rests within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

184.   The Infringing Instrumentalities infringe claim 22 of the '930 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause ulceration.

185.   Claim 23 generally recites the system of claim 22, wherein undue pressure against the gastric cavity is avoided in part through at least one of i) a fill weight of collective volumes of the at least two isolated inflatable regions, ii) a distribution of the overall space-filling structure, and iii) a buoyancy of the fluid.

186.    The Infringing Instrumentalities infringe claim 23 of the '930 patent.
The ReShape Balloon prevents undue pressure through a fill weight of collective
volumes of the at least two isolated inflatable regions.  ReShape's instructions for
use state as follows:

> 2.4. Determine the desired inflation volume for each balloon. A fill volume of
> 375 cc is recommended for patients < 64.5" in stature and 450 cc for patients ≥
> 64.5" in stature.

*See* https://reshapeready.com/wp-
content/uploads/2015/07/ReShape_Instructions_For_Use.pdf at 16.  ReShape
instructs the user to determine the size of the patient and to select a corresponding
fill volume for the balloon structure.  Further, the ReShape Dual Balloon prevents
undue pressure through a distribution of the overall space-filling structure in that it
mimics "the natural curvature of the stomach, the dual gastric balloon is designed
to conform to the patient's anatomy and enhance tolerability."  *See*
http://pro.reshapeready.com/about-reshape/#theadvantages.

187.    Claim 24 generally recites the system of claim 19, wherein the means
for receiving the fluid comprises a respective valve structure of each region of the
at least two isolated inflatable regions, the respective valve structure comprising at
least a first valve and a second valve.

188.    Upon information and belief, the Infringing Instrumentalities infringe
claim 24 of the '930 patent.  The chambers of the ReShape balloons are filled after
they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon
System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17,
https://reshapeready.com/wp-
content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  Each of the two
balloons in the ReShape Balloon are filled through a valve system as
demonstrated by the instructional videos and instruction manual, which states
"[t]he ReShape™ Valve Sealant is necessary to seal the device valves and prevent

balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; http://pro.reshapeready.com/about-reshape/ (providing an in-patient medical instructional video about placement, inflation, and removal of the ReShape Balloon). Accordingly, on information and belief, the ReShape Balloon valves comprise a respective valve structure of each region of the at least two isolated inflatable regions, the respective valve structure comprising at least a first valve and a second valve.

189. Claim 25 generally recites the system of claim 19, further comprising a means for flexibly connecting at least a first region of the at least two isolated inflatable regions and a second region of the at least two isolated inflatable regions by spanning a gap between the first region and the second region, thereby forming a cavity between the first region and the second region through which food may pass.

190. The Infringing Instrumentalities infringe claim 25 of the '930 patent. The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

Figure 1. *ReShape* Dual Balloon in the Stomach

Accordingly, on information and belief, the ReShape Balloon's spine flexibly connects at least a first region of the at least two isolated inflatable regions and a second region of the at least two isolated inflatable regions by spanning a gap between the first region and the second region, thereby forming a cavity between the first region and the second region through which food may pass.

191.   Claim 26 generally recites the system of claim 25, wherein the means for flexibly connecting at least the first isolated inflatable region and the second isolated inflatable region is in fluid communication with the means for receiving the fluid.

192.   Upon information and belief, the Infringing Instrumentalities infringe claim 26 of the '930 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:

Accordingly, on information and belief, the ReShape Balloon's spine is in fluid communication with the means for receiving the fluid.

193.   Claim 27 generally recites the system of claim 25, wherein the means for flexibly connecting comprises a flexible central spine.

194.   The Infringing Instrumentalities infringe claim 27 of the '930 patent. The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshaperady.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

**Figure 1. *ReShape* Dual Balloon in the Stomach**

195.   Claim 30 generally recites the system of claim 19, wherein fluid in each of the at least two isolated inflatable regions is a same type of fluid.

196.   The Infringing Instrumentalities infringe claim 30 of the '930 patent. The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

197.    On information and belief, the Infringing Instrumentalities are used
marketed, provided to, and/or used by or for each of ReShape Medical LLC and
ReShape Lifesciences' partners, clients, customers and end users across the
country and in this District.

198.    On information and belief, each of ReShape Medical LLC and
ReShape Lifesciences has been aware of the existence of the '930 patent since its
issuance.

199.    On information and belief, since at least the time each of ReShape
Medical LLC and ReShape Lifesciences has been aware of the '930 patent, it has
induced and continues to induce others to infringe at least one claim of the '930
patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent
or willful blindness, actively aiding and abetting others to infringe, including but
not limited to each of ReShape Medical LLC and ReShape Lifesciences' partners,
clients, customers, and end users, whose use of the ReShape Medical Duo Balloon
constitutes direct infringement of at least one claim of the '930 patent.

200.    In particular, each of ReShape Medical LLC and ReShape
Lifesciences' actions that aid and abet others such as its partners, customers,
clients, and end users to infringe include advertising and distributing the ReShape
Medical Duo Balloon, and providing instruction materials, training, and services
regarding the ReShape Medical Duo Balloon.  On information and belief, each of
ReShape Medical LLC and ReShape Lifesciences has engaged in such actions
with specific intent to cause infringement or with willful blindness to the resulting
infringement because, on information and belief, it has had actual knowledge of
the '930 patent and knowledge that its acts were inducing infringement of the '930
patent since at least the date the '930 patent issued.

201.    Upon information and belief, each of ReShape Medical LLC and
ReShape Lifesciences is liable as a contributory infringer of the '930 patent under
35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States

gastric balloon technology to be especially made or adapted for use in an infringement of the '930 patent.  The Infringing Instrumentalities are a material component for use in practicing the '930 patent and are specifically made and are not a staple article of commerce suitable for substantial non-infringing use.

202.    ReShape Medical LLC and ReShape Lifesciences' infringement of the '930 patent has been, and continues to be knowing, intentional, and willful, in whole or in part because ReShape Medical, Inc. has been aware of the '930 patent since its issuance and continue to engage in infringing conduct.  ReShape Medical, Inc. had knowledge of all major aspects of Fulfillium's business plans, including trade secrets divulged pursuant to an oral agreement of confidentiality.  ReShape Medical, Inc. knew that Fulfillium was actively engaged in patenting its gastric balloon technology.  Further, ReShape Medical, Inc. was fully aware that its technology would copy many aspects of Dr. Chen's inventions because it was developed after and with knowledge of Dr. Chen's designs.  The fact that ReShape Medical, Inc. knew of Dr. Chen's patents and believed those patents to be relevant to ReShape Medical, Inc.'s gastric balloon technology is demonstrated by ReShape Medical, Inc.'s citation of Dr. Chen's patents as relevant prior art when attempting to procure its own patents.  For instance, in December 2012 ReShape Medical, Inc. filed an information disclosure statement with the United States Patent and Trademark Office indicating that Dr. Chen's previous patent applications were relevant to ReShape Medical, Inc.'s pending patent application directed to the ReShape Balloon.  Further, outside of their inherited and/or acquired liability from ReShape Medical, Inc., ReShape Lifesciences and ReShape LLC have been aware of the '930 patent since at least the time of the merger, and any further infringement is willful.

203.    Each of ReShape Medical LLC and ReShape Lifesciences' acts of infringement of the '930 patent have caused and will continue to cause Fulfillium

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

damages for which Fulfillium is entitled to compensation pursuant to 35 U.S.C. § 284.

204.   Each of ReShape Medical LLC and ReShape Lifesciences' acts of infringement of the '930 patent have caused and will continue to cause Fulfillium immediate and irreparable harm unless such infringing activities are enjoined by this Court pursuant to 35 U.S.C. § 283.  Fulfillium has no adequate remedy at law.

205.   This case is exceptional and, therefore, Fulfillium is entitled to an award of attorneys' fees pursuant to 35 U.S.C. § 285.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 9,808,367

206.   Fulfillium repeats the allegations of paragraphs 1-205 above as though fully set forth herein.

207.   On November 7, 2017, U.S. Patent No. 9,808,367 ("the '367 patent"), entitled "Methods, Devices, and Systems for Obesity Treatment," was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '367 patent is attached as Exhibit 4.

208.   Fulfillium is the assignee and owner of the right, title and interest in and to the '367 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them by at least an assignment dated July 16, 2018.  (Ex. A.)

209.   On information and belief, each of ReShape Medical LLC and ReShape Lifesciences is engaged in the business of making, using, selling, offering to sell, and/or importing medical devices.  A description of ReShape Lifesciences' business is available on its business website, which is located at http://pro.reshapeready.com; https://reshapeready.com/.

210.   As part of its business, each of ReShape Medical LLC and ReShape Lifesciences makes, uses, offers to sell, sells, and/or imports a dual intragastric balloon for weight loss, including ReShape Medical's "Duo Balloon" device, which is placed inside the patient's stomach for weight loss.  ReShape Medical

LLC and ReShape Lifesciences have purposefully sold and offered for sale such
Duo Balloon devices throughout the United States.

211.   Upon information and belief, each of ReShape Medical LLC and
ReShape Lifesciences has and continues to directly infringe at least claims 1-2, 4-
7, 11-12, and 16-21 of the '367 patent by making, using, selling, importing and/or
providing and causing to be used medical devices for weight loss, including but
not limited to, those sold under the name ReShape Duo Balloon (the "Infringing
Instrumentalities").

212.   Representative claim 1 of the '367 patent recites a "free floating,
untethered gastric balloon structure for deploying in a gastric cavity of a patient,
comprising: at least two isolated non-concentric inflatable chambers, wherein each
chamber of the at least two isolated non-concentric inflatable chambers has a
respective inflated state volume such that deflation of any single chamber of the at
least two isolated non-concentric inflatable chambers leaves the inflated state
volume of the remaining chambers of the at least two isolated non-concentric
inflatable chambers unaffected[.]"  The Infringing Instrumentalities infringe claim
1 of the '367 patent.  The ReShape Dual Balloon "is a temporary implant designed
to facilitate weight loss by occupying space in the stomach." ReShape™
Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1,
https://reshapeready.com/wp-
content/uploads/2015/07/ReShape_Instructions_For_Use.pdf; *see also*
https://reshapeready.com/reshape-cc/.  The figures below, taken from ReShape's
instruction manual and documentation, show the dual balloon untethered in a
patient's stomach.  The ReShape website states that "[i]n the unlikely event of
individual gastric balloon leakage or deflation, the independently sealed *ReShape*
weight loss balloons are designed to minimize risk of migration or obstruction."
http://pro.reshapeready.com/about-reshape/#theadvantages.  In other words, each

balloon inflates and deflates independently.  *See also* https://www.youtube.com/watch?v=U91FsjtMf3o.





Figure 1. *ReShape* Dual Balloon in the Stomach

213.   Claim 1 further recites "a valve system for introducing a fluid into the at least two isolated non-concentric inflatable chambers and for retaining, upon inflation, the fluid in the at least two isolated non-concentric inflatable chambers."  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; U.S. Pat. No. 8,142,469 at Fig. 1, 3-5.

214.   Claim 1 further recites "a flexible member spanning a gap between and fixedly attached to both a first chamber of the at least two isolated non-

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

concentric inflatable chambers and a second chamber of the at least two isolated non-concentric inflatable chambers, said flexible member carrying inflation tubes that are in fluid communication with the at least two isolated non-concentric inflatable chambers; wherein the gastric balloon structure is configured to float freely in the patient's gastric cavity and is not connected to any catheter, lumen or tether after deployment in the patient's gastric cavity[.]"  The flexible member element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Upon information and belief, the flexible member of the dual balloon carries inflation tubes that are in fluid communication with the two isolated non-concentric inflatable chambers.  The flexible member element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible member as shown below:



Accordingly, on information and belief, the ReShape balloon's flexible member is in fluid communication with the means for distributing the fluid. The following images below from ReShape's website and instruction manual demonstrate that a tether is not used in the ReShape Balloon System. *See generally* https://reshapeready.com/reshape-cc/; ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16



**Figure 1.** *ReShape* Dual Balloon in the Stomach

17  215.   The final recitation in claim 1 recites "wherein the gastric balloon

18  structure, in its inflated state, assumes a curved shape conforming to a natural

19  three dimensional kidney shape of the gastric cavity, such that the flexible

20  member flexibly conforms, upon at least partially filling the at least two isolated

21  non-concentric inflatable chambers, the gastric balloon structure to the natural

22  three-dimensional kidney shape of the gastric cavity."  The conformance of the

23  dual balloon to the stomach of the patient is shown in the image above and is also

24  illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

25

26

27

28

Figure 1. *ReShape* Dual Balloon in the Stomach

216.   Claim 2 generally recites the gastric balloon structure of claim 1, wherein the gastric balloon structure is configured to provide for modulated passage of food through the gastric cavity upon inflation.

217.   The Infringing Instrumentalities infringe claim 2 of the '367 patent. The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach."  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The figure below, taken from ReShape's instruction manual, shows the dual balloon in a patient's stomach providing modulated passage of food through the gastric cavity upon inflation.

Figure 1. *ReShape* Dual Balloon in the Stomach

218.   Claim 4 generally recites the gastric balloon structure of claim 1, wherein the flexible member is in fluid communication with the valve system.

219.   Upon information and belief, the Infringing Instrumentalities infringe claim 4 of the '367 patent.  The flexible member element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible member as shown below:

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT
INFRINGEMENT



FIG. 7

Accordingly, on information and belief, the ReShape Balloon's flexible member is in fluid communication with the valve system.

220.   Claim 5 generally recites the gastric balloon structure of claim 4, wherein the flexible member encloses an inflation lumen for introducing the fluid into the at least two isolated non-concentric inflatable chambers.

221.   Upon information and belief, the Infringing Instrumentalities infringe claim 5 of the '367 patent.  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage."  *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.  The flexible member element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshapeready.com/reshape-cc/.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible member as shown below:

Accordingly, on information and belief, the ReShape Balloon's flexible member encloses an inflation lumen for introducing the fluid into the at least two isolated non-concentric inflatable chambers.

222.   Claim 6 generally recites the gastric balloon structure of claim 1, wherein the gastric balloon structure is configured to maintain the inflated state volume of each of the at least two isolated non-concentric inflatable chambers while deployed in the gastric cavity of the patient without controlled adjustment.

223.   The Infringing Instrumentalities infringe claim 6 of the '367 patent. The ReShape dual balloons are both filled with saline and remain at a generally fixed volume until they are removed.  *See*

https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.

224.   Claim 7 generally recites the gastric balloon structure of claim 1, wherein each chamber of the at least two isolated non-concentric inflatable chambers is filled with a same fluid.

225.   The Infringing Instrumentalities infringe claim 7 of the '367 patent. The ReShape dual balloons are both filled with saline and remain at a fixed volume until they are removed.  *See* https://www.youtube.com/watch?v=U91FsjtMf3o; https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf, Sec. 2.1 – 2.7 at p. 15-16.

226.   Claim 11 generally recites the gastric balloon structure of claim 1, wherein, upon inflation, the gastric balloon structure is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause abrasion, pressure induced lesions, or other trauma.

227.   The Infringing Instrumentalities infringe claim 11 of the '367 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages. Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the gastric cavity sufficient to cause abrasion, pressure induced lesions, or other trauma.

228.   Claim 12 generally recites the gastric balloon structure of claim 11, wherein an outer surface of each of the isolated non-concentric inflatable chambers is configured to align against greater and lesser curvatures of the gastric cavity.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

229.   The Infringing Instrumentalities infringe claim 12 of the '367 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.

The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.



Figure 1. *ReShape* Dual Balloon in the Stomach

Accordingly, on information and belief, an outer surface of each of the isolated non-concentric inflatable chambers is configured to align against greater and lesser curvatures of the gastric cavity.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **88**

230.   Claim 16 of the '367 patent generally recites "An obesity treatment system for deployment in a stomach of a patient such that the system is free-floating and untethered after deployment, comprising: a plurality of adjacent, non-concentric, spaced apart inflatable space-filling compartments, wherein each compartment of the plurality of inflatable space-filling compartments has a respective inflated state volume during treatment of the patient[.]"  The Infringing Instrumentalities infringe claim 16 of the '367 patent.  The ReShape Dual Balloon "is a temporary implant designed to facilitate weight loss by occupying space in the stomach."  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf; *see also* https://reshapeready.com/reshape-cc/.  The figures below, taken from ReShape's instruction manual and documentation, show the dual balloon untethered in a patient's stomach.  The ReShape website states that "[i]n the unlikely event of individual gastric balloon leakage or deflation, the independently sealed *ReShape* weight loss balloons are designed to minimize risk of migration or obstruction." http://pro.reshapeready.com/about-reshape/#theadvantages.  In other words, each balloon inflates and deflates independently and its inflated volume is maintained. *See also* https://www.youtube.com/watch?v=U91FsjtMf3o.





Figure 1. *ReShape* Dual Balloon in the Stomach

231.   Claim 16 further recites "at least two valves to introduce at least one fluid into each of the plurality of inflatable space-filling compartments and to retain, after inflation, fluid in the plurality of inflatable space-filling compartments[.]"  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; U.S. Pat. No. 8,142,469 at Fig. 1, 3-5.

232.   Claim 16 further recites "wherein each valve is a one-way valve and wherein at least one of the at least two valves has a proximal end configured to removably attach to an inflation tube[.]"  The chambers of the ReShape balloons are filled after they are positioned in the patient's stomach.  ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, pp. 16-17, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.  The instructions state: "Connect the inflation tubing to the proximal balloon fill tube (catheter

lanyard 1) and inflate to the desired volume. Monitor inflation under endoscopic visualization." *Id*. at 17. "The ReShape™ Valve Sealant is necessary to seal the device valves and prevent balloon leakage." *Id.*; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o; Further, ReShape's patent, U.S. 8,142,469, shows a one-way valves as shown below at 206A and 96A:



Accordingly, on information and belief, the each valve of the ReShape Balloon is a one-way valve and at least one of the at least two valves has a proximal end configured to removably attach to an inflation tube.

233.   Claim 16 further recites "wherein the plurality of inflatable space-filling compartments form, upon at least partially filling the plurality of inflatable space-filling compartments, a dual balloon system that is configured to float within the stomach; wherein the dual-balloon system is configured to float freely in the patient's stomach and is not connected to any catheter, lumen or tether after deployment in the patient's stomach[.]"  The video on ReShape's website shows how the dual balloon structure floats within the stomach without use of a catheter, lumen or other tether. https://reshapeready.com/reshape-cc/.  A frame from that video is reproduced below.



The ability of the dual balloon to float within the stomach of the patient without a tether is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

Figure 1. *ReShape* Dual Balloon in the Stomach

234.   Lastly, claim 16 recites "wherein, upon inflation, the dual balloon system is configured to float within the stomach without exerting pressure at any point in the stomach sufficient to cause abrasion, pressure induced lesions, or other trauma."  The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.  Accordingly, on information and belief, it is configured to rest within the gastric cavity without exerting pressure at any point in the

gastric cavity sufficient to cause abrasion, pressure induced lesions, or other trauma.

235.   Claim 17 generally recites the obesity treatment system of claim 16, wherein an outer surface of each of the inflatable space-filling compartments abuts a greater or lesser curvature of the stomach.

236.   The Infringing Instrumentalities infringe claim 17 of the '367 patent. The ReShape Dual Balloon mimics "the natural curvature of the stomach, the dual gastric balloon is designed to conform to the patient's anatomy and enhance tolerability."  *See* http://pro.reshapeready.com/about-reshape/#theadvantages.



The conformance of the dual balloon to the stomach of the patient is shown in the image above and is also illustrated in Figure 1 of ReShape's instructions for use, reproduced below.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

**Figure 1. *ReShape* Dual Balloon in the Stomach**

Accordingly, on information and belief, an outer surface of each of the inflatable space filling compartments abuts a greater or lesser curvature of the stomach.

237.   Claim 18 generally recites the obesity treatment system of claim 16, wherein the plurality of inflatable space-filling compartments are untethered in the stomach after inflation.

238.   The Infringing Instrumentalities infringe claim 18 of the '367 patent. The following images below from ReShape's website and instruction manual demonstrate that the ReShape Balloon is untethered in the stomach after inflation. *See generally* https://reshapeready.com/reshape-cc/; ReShape™ Integrated Dual Balloon System Instructions for Use, PN 03-0300 Rev. D, p. 1, https://reshapeready.com/wp-content/uploads/2015/07/ReShape_Instructions_For_Use.pdf.



Figure 1. *ReShape* Dual Balloon in the Stomach

239.   Claim 19 generally recites the obesity treatment system of claim 16, further comprising a flexible central spine structure spanning a gap between and connecting the plurality of adjacent, spaced apart inflatable space-filling compartments.

240.   The Infringing Instrumentalities infringe claim 19 of the '367 patent. The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below.  *See* https://reshaperearedy.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT





**Figure 1.** *ReShape* **Dual Balloon in the Stomach**

Accordingly, on information and belief, the ReShape Balloon's flexible central spine structure spans a gap between and connects the plurality of adjacent, spaced apart inflatable space-filling compartments.

241.   Claim 20 generally recites the obesity treatment system of claim 19, wherein the flexible central spine structure is in fluid communication with the valve system.

242.   Upon information and belief, the Infringing Instrumentalities infringe claim 20 of the '367 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:

Accordingly, on information and belief, the ReShape Balloon's flexible central spine structure is in fluid communication with the valve system.

243.   Claim 21 generally recites the obesity treatment system of claim 20, wherein the flexible central spine structure encloses an inflation lumen for introducing the fluid into the plurality of inflatable space-filling compartments.

244.   Upon information and belief, the Infringing Instrumentalities infringe claim 21 of the '367 patent.  The flexible central spine element is illustrated in the video provided on ReShape's website, a frame from which is reproduced below. *See* https://reshapeready.com/reshape-cc/; *see also* https://www.youtube.com/watch?v=U91FsjtMf3o.



Further, ReShape's patent, U.S. 8,142,469, shows that the inflation lumens and valves are carried by the flexible central spine as shown below:



Accordingly, on information and belief, the ReShape Balloon's flexible central spine structure encloses an inflation lumen for introducing the fluid into the plurality of inflatable space-filling compartments.

245.   On information and belief, the Infringing Instrumentalities are used marketed, provided to, and/or used by or for each of ReShape Medical LLC and ReShape Lifesciences' partners, clients, customers and end users across the country and in this District.

246.   On information and belief, each of ReShape Medical LLC and ReShape Lifesciences has been aware of the existence of the '367 patent since its issuance.

247.   On information and belief, since at least the time each of ReShape Medical LLC and ReShape Lifesciences has been aware of the '367 patent, it has

induced and continues to induce others to infringe at least one claim of the '367 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each of ReShape Medical LLC and ReShape Lifesciences' partners, clients, customers, and end users, whose use of the ReShape Medical Duo Balloon constitutes direct infringement of at least one claim of the '367 patent.

248.   In particular, each of ReShape Medical LLC and ReShape Lifesciences' actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the ReShape Medical Duo Balloon, and providing instruction materials, training, and services regarding the ReShape Medical Duo Balloon.  On information and belief, each of ReShape Medical LLC and ReShape Lifesciences has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because, on information and belief, it has had actual knowledge of the '367 patent and knowledge that its acts were inducing infringement of the '367 patent since at least the date the '367 patent issued.

249.   Upon information and belief, each of ReShape Medical LLC and ReShape Lifesciences is liable as a contributory infringer of the '367 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States gastric balloon technology to be especially made or adapted for use in an infringement of the '367 patent.  The Infringing Instrumentalities are a material component for use in practicing the '367 patent and are specifically made and are not a staple article of commerce suitable for substantial non-infringing use.

250.   ReShape Medical LLC and ReShape Lifesciences' infringement of the '367 patent has been, and continues to be knowing, intentional, and willful, in whole or in part because each of ReShape Medical LLC and ReShape Lifesciences has been aware of the '367 patent since its issuance and continues to engage in infringing conduct.  ReShape Medical, Inc. had knowledge of all major

aspects of Fulfillium's business plans, including trade secrets divulged pursuant to an oral agreement of confidentiality.  ReShape Medical, Inc. knew that Fulfillium was actively engaged in patenting its gastric balloon technology.  Further, ReShape Medical, Inc. was fully aware that its technology would copy many aspects of Dr. Chen's inventions because it was developed after and with knowledge of Dr. Chen's designs.  The fact that ReShape Medical, Inc. knew of Dr. Chen's patents and believed those patents to be relevant to ReShape Medical, Inc.'s gastric balloon technology is demonstrated by ReShape Medical, Inc.'s citation of Dr. Chen's patents as relevant prior art when attempting to procure its own patents. For instance, in December 2012 ReShape Medical, Inc. filed an information disclosure statement with the United States Patent and Trademark Office indicating that Dr. Chen's previous patent applications were relevant to ReShape Medical, Inc.'s pending patent application directed to the ReShape Balloon.  Additionally, ReShape Medical, Inc. (and consequently ReShape Medical LLC and ReShape Lifesciences) received explicit notice of the '367 patent via letter on November 14, 2017.

251.   Each of ReShape Medical LLC and ReShape Lifesciences' acts of infringement of the '367 patent have caused and will continue to cause Fulfillium damages for which Fulfillium is entitled to compensation pursuant to 35 U.S.C. § 284.

252.   Each of ReShape Medical LLC and ReShape Lifesciences' acts of infringement of the '367 patent have caused and will continue to cause Fulfillium immediate and irreparable harm unless such infringing activities are enjoined by this Court pursuant to 35 U.S.C. § 283.  Fulfillium has no adequate remedy at law.

253.   This case is exceptional and, therefore, Fulfillium is entitled to an award of attorneys' fees pursuant to 35 U.S.C. § 285.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Fulfillium respectfully requests that the Court enter judgment against Defendants as follows:

A.     An adjudication that each of ReShape Medical LLC, Intersect Partners, and SV Health has misappropriated and conspired to misappropriate Fulfillium's trade secrets;

B.     An adjudication that Fulfillium have judgment against each of Defendants for compensatory damages, unjust enrichment, and/or disgorgement in an amount not less than the sum of $50 million;

C.     An adjudication that Fulfillium have judgment against each of ReShape Medical LLC, Intersect Partners, and SV Health for exemplary damages under Civil Code § 3624.3(c) and/or Mass. Gen. Laws ch. 93, § 42-42A in the amount not less than twice the amount of Fulfillium's actual damage or the amounts by which each of ReShape Medical LLC, Intersect Partners, and SV Health has been unjustly enriched;

D.     An adjudication that each of Defendants be ordered to deliver up to Fulfillium all documents, electronic and otherwise, containing Fulfillium trade secret information, and all products developed using such information;

E.     An adjudication that each of Defendants and their subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, be temporarily and preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter, from further misappropriation, disclosure and/or use of any Fulfillium trade secret information;

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **101**

F.      An adjudication that ReShape Medical LLC and ReShape Lifesciences have infringed the '915, '930, and '367 patents in violation of 35 U.S.C. § 271;

G.      A granting of an injunction permanently enjoining ReShape Medical LLC and ReShape Lifesciences, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all of those in active concert and participation with any of the foregoing persons or entities from infringing, contributing to the infringement of, or inducing infringement of the '915, '930, and '367 patents;

H.      An order to ReShape Medical LLC and ReShape Lifesciences to account and pay damages adequate to compensate Fulfillium for ReShape Medical LLC and ReShape Lifesciences' infringement of the '915, '930, and '367 patents, with pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284, and an accounting of all infringing acts not presented at trial;

I.      An order that the damages award be increased up to three times the actual amount assessed, pursuant to 35 U.S.C. § 284;

J.      A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Fulfillium's reasonable costs and fees, including attorneys' fees, with interest; and

K.      An award to Fulfillium of such other and further relief as this Court deems just and proper.

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

Dated: August 15, 2018                    DEVLIN LAW FIRM LLC


                                          */s/ Timothy Devlin*
                                          Timothy Devlin  (pro hac filed)
                                          tdevlin@devlinlawfirm.com
                                          James Gorman III  (pro hac to be filed)
                                          jgorman@devlinlawfirm.com
                                          1306 N. Broom St., 1st Floor
                                          Wilmington, Delaware 19806


                                          Telephone: (302) 449-9010
                                          Facsimile: (302) 353-4251


                                          GARDELLA GRACE P.A.


                                          */s/ Greg H. Gardella*
                                          Greg H. Gardella  (pro hac to be filed)
                                          ggardella@gardellagrace.com
                                          PO Box 51977
                                          Washington, DC 20091
                                          Telephone: (703) 556-9600
                                          Facsimile: (703) 740-4541



                                          *Attorneys for Plaintiff Fulfillium, Inc.*

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT

PAGE **103**

# DEMAND FOR A JURY TRIAL

Plaintiff Fulfillium, Inc. requests a trial by jury on all issues for which it is entitled to a jury.

Dated: August 15, 2018                     DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin
1306 N. Broom Street, First Floor
Wilmington, DE  19806
(302)-449-9010
tdevlin@devlinlawfirm.com
*Counsel for Fulfillium, Inc*

FIRST AMENDED COMPLAINT FOR TRADE SECRET MISAPPROPRIATION AND PATENT INFRINGEMENT