UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:18-cv-01265-RGK-PLA | Date | September 6, 2019 |
|---|---|---|---|
| Title | Fulfillium, Inc. v. ReShape Medical LLC et al | | |

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|

| Patricia Gomez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| W. Cook Alciati | Bret A. Puls |

**Proceedings:** SETTLEMENT CONFERENCE

    Case called; appearances made. Also present Richard D. Y. Chen, M.D., Founder and Chief Executive Officer, for plaintiff Fulfillium Inc. Scott P. Youngstrom, Chief Financial Officer/ Chief Compliance Officer, present for defendant Reshape Lifesciences Inc.

    Court and all parties participate in a settlement conference. The case settles and the terms of the settlement are placed on the record. The Court continues the Pretrial Conference before Judge Klausner From September 9, 2019 to October 7, 2019 at 9:00 a.m. The Jury Trial is continued from September 24, 2019 to October 15, 2019 at 9:00 a.m. If the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to the hearing dates, the hearing dates will be vacated.

|  | 1 | : | 01 |
|---|---|---|---|
| Initials of Preparer | PG | | |