# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FULFILLIUM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RESHAPE MEDICAL LLC and RESHAPE LIFESCIENCES, INC.<br><br>    Defendants.<br><br>RESHAPE MEDICAL LLC and RESHAPE LIFESCIENCES, INC.<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>FULFILLIUM, INC.,<br><br>    Counter-Defendant. | Case No. 8:18-cv-01265-RGK-PLA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and counterclaim-defendant Fulfillium, Inc. ("Fulfillium") and defendants and counterclaimants ReShape Lifesciences, Inc. and ReShape Medical, LLC ("ReShape"), acting through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims currently pending herein against ReShape and all counterclaims currently pending herein against Fulfillium.

Dated:  September 30, 2019

Respectfully submitted,

By: */s/ W. Cook Alciati*
W. Cook Alciati (pro hac vice)
Gardella Grace P.A.
80 M Street SE, 1st Floor
Washington DC 20003
Telephone: (703) 721-8379
Email: calciati@gardellagrace.com

Attorneys for Fulfillium, Inc.

By: */s/  Bret A. Puls*
Bret A. Puls
FOX ROTHSCHILD LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN  55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
bpuls@foxrothschild.com

Attorneys for ReShape Lifesciences, Inc. and ReShape Medical, LLC

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served on all parties through counsel of record on September 30, 2019 via the Court's CM/ECF system.

*/s/ W. Cook Alciati*

W. Cook Alciati